U.S. COURT OF APPEALS
RECEIVED
CLERK

JUN 01 2026

ATLANTA, GA

**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT (CIP)**
**11th Cir. R. 26.1-1**
*(Please type or print legibly)*

Jumar Sims _____ vs. United States of America Appeal No. 26-11311-A

**For appeals,** all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, <u>whichever is earlier.</u>

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, <u>whichever is earlier,</u> regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding,** the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

Judge Coogler

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Name: Jumar Sims Sr. _____ Signature: Jumar Sims Sr.
Address: FCI Manchester P.O. Box 4000 Manchester Ky. 40962-4000
Contact Information: _____

Rev.: 12/25

NAME **Jumar Sims, Sr.**
REG. NO. **71820-019** QTR. **C13**
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

KNOXVILLE TN 377
27 MAY 2026 PM 1 L



CLEARED SECURITY

JUN 0 1 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

LEGAL MAIL

United States Court of Appeals
Eleventh Circuit
Office of THE CLERK
56 Forsyth Street, N.W.
AtlANtA, Georgia 30303

30303-229599